# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ANTONIO WHITE, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:15CV143 ACL |
| IAN WALLACE, et al., | ) |
| Defendants, | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to file his motion to proceed in forma pauperis. Plaintiff states that he is in the administrative segregation unit at Southeast Correctional Center ("SECC") and is without paper and "legal materials." The Court notes, however, that plaintiff has simultaneously submitted with his motion for extension of time an amended complaint. Thus, he has had some access to the Courts during his time in administrative segregation.

Nonetheless, the Court will provide plaintiff an additional thirty (30) days to file his motion to proceed in forma pauperis, as well as his prison account statement. If plaintiff fails to do so within the specified time period, the Court will dismiss this action, without prejudice, pursuant to Fed.R.Civ.P. 41(b). This will be the last extension granted to plaintiff without good cause shown.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to file his motion to proceed in forma pauperis and to file his certified account statement [Doc. #6] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's Motion to Proceed in Forma Pauperis – Prisoner Cases.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion to proceed in forma pauperis within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff submits a motion to proceed in forma pauperis, he must also submit a certified copy of his prison account statement for the six month period immediately preceding the filing of his complaint.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the court will dismiss this action without prejudice. If the case is dismissed, the dismissal will not constitute a "strike" under 28 U.S.C. § 1915(g).

Dated this 17th day of September, 2015.

_/s/ Henry Edward Autrey_
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE